FILED

08/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No.  DA 21-0582

KIM NORQUAY, JR.,

   Petitioner and Appellant,

 v.

STATE OF MONTANA,

   Respondent and Appellee.

## GRANT OF EXTENSION

Counsel for Appellant Kim Norquay, Jr., has filed an unopposed motion seeking a 30-day extension of the briefing deadlines in this matter. Good cause appearing,

IT IS ORDERED that Appellant is granted an extension of time to and including September 5, 2022, within which to prepare, file, and serve the opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 3 2022